JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GAVIN,<br>Plaintiff,<br>v.<br>BARRY CAREN, et al.<br>Defendants. | CV 26-6970 PA (MARx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's September 14, 2026 Minute Order dismissing the First Amended Complaint for failure to state a claim, and the Court's October 14, 2026 Minute Order dismissing this action pursuant to the terms of the Stipulated Judgment in Los Angeles Superior Court case number 25STFL0020 and for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: October 14, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE